# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
No. 16-569V
Filed: May 31, 2017

| | |
|---|---|
| * * * * * * * * * * * * * | Special Master Sanders |
| L. NICOLE MOORE,         * | |
| * | Joint Stipulation of Dismissal; Vaccine Rule |
| Petitioner,     * | 21(a); No Judgment; Order Concluding |
| * | Proceedings. |
| v.          * | |
| * | |
| SECRETARY OF HEALTH   * | |
| AND HUMAN SERVICES,   * | |
| * | |
| Respondent.    * | |
| * * * * * * * * * * * * * | |

Nancy Meyers, Ward Black Law, Greensboro, NC, for Petitioner.
Ann Martin, United States Department of Justice, Washington, DC, for Respondent.

### ORDER CONCLUDING PROCEEDINGS[1]

On January 5, 2016, L. Nicole Moore ("Petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 (2012).[2] Petitioner alleged that the administration of an influenza vaccine on January 8, 2013 caused her to develop transverse myelitis ("TM"). Pet. at Preamble, ECF No. 2.

---

[1] This decision shall be posted on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), a party has 14 days to identify and move to delete medical or other information that satisfies the criteria in § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, the undersigned agrees that the identified material fits within the requirements of that provision, such material will be deleted from public access.

[2] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3758, codified as amended, 42 U.S.C. §§ 300aa-10 et seq. (2012) (hereinafter "Vaccine Act" or "the Act"). Hereinafter, individual section references will be to 42 U.S.C. § 300aa of the Act.

2

      On May 31, 2017, Petitioner and Respondent submitted a joint Stipulation of Dismissal. Stip., ECF No. 41. Accordingly, pursuant to Vaccine Rule 21(a) the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

      **IT IS SO ORDERED.**

                                           <u>/s/Herbrina D. Sanders</u>
                                           Herbrina D. Sanders
                                           Special Master